# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111).

| 1. Person Reporting (Last name, first, middle initial) BREWSTER, RUDI M. | 2. Court or Organization SO. DISTRICT OF CALIFORNIA | 3. Date of Report 04/21/2003 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. Report Type (check type) ___ Nomination, Date ___/ ___/ ___  ___ Initial  X Annual  ___ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address U.S. COURTHOUSE 940 FRONT STREET, SUITE 4165 SAN DIEGO, CA 92101-8902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

RECEIVED 2001 MAY 12 A 11:03 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>BREWSTER, RUDI M. | Date of Report<br>04/21/2003 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting BREWSTER, RUDI M. | Date of Report 04/21/2003 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank of California/Checking | A | Interest | J | T | | | | | |
| 2 TCS Stock | A | None | J | W | | | | | |
| 3 Rey River Ranch Stock | A | None | K | T | | | | | |
| 4 Please see attached Items 4-34 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Financial Disclosure Report
Rudi M. Brewster

| Description of Assets | Income During Reporting Period | | Gross value at end of reptg period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (buy, sell) | | If not exempt from disclosure | | |
| | (1) Amt Code 1 (A-H) | (2) Type (div, rent, int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction |
| Money Market | A | Interest | G | T | | | | | |
| U S Treasury Note 3.25% Due 5/04 | A | Interest | K | T | Buy | 4/11/2003 | K | | |
| U S Treasury Note 6% Due 8/04 | B | Interest | K | T | Buy | 4/11/2003 | K | | |
| U S Treasury Note 6.5% Due 5/05 | B | Interest | K | T | | | | | |
| U S Treasury Note 3.5% Due 11/06 | A | Interest | K | T | Buy | 4/11/2003 | K | | |
| ABAG Fin Auth 4.5% Due 4/05 | B | Interest | L | T | Buy | 12/18/2003 | L | | |
| ABAG Fin Auth 4.75% Due 4/06 | C | Interest | L | T | | | | | |
| CA State GO 4% Due 2/08 | A | Interest | K | T | Buy | 12/30/2003 | K | | |
| PIMCo Total Return | C | Dividends | L | T | | | | | |
| Vangd Bond Index | C | Dividends | L | T | | | | | |
| Vangd Hi-Yield Corp | B | Dividends | K | T | | | | | |
| Vangd ST Bond Index | A | Dividends | K | T | Buy | 4/30, 6/13 | K | | |
| Vanguard ST Corp | A | Dividends | K | T | | | | | |
| Vangd CA Ins Int | C | Dividends | L | T | Buy | 8/13/2003 | K | | |
| Fiserv Inc. | A | None | J | T | | | | | |
| Intel | A | Dividends | J | T | | | | | |
| Coh. & Strs Realty | B | Dividends | K | T | | | | | |
| DFA Tax Mgd Mkt Val | A | Dividends | K | T | Buy | 12/18/2003 | K | | |
| DFA TaxMgd US Eqty | A | Dividends | L | T | Buy | 8/14, 12/5 | L | | |
| Dodge & Cox Stock | A | Dividends | J | T | Buy | 12/29/2003 | J | | |
| Longleaf Partners | A | Dividends | J | T | Buy | 12/4/2003 | J | | |
| Schwab 1000 | A | Dividends | L | T | | | | | |
| TR Price Equity Inc | A | Dividends | L | T | | | | | |
| Vanguard Div Gr | B | Dividends | K | T | | | | | |
| Vanguard Wellesley | A | Dividends | K | T | | | | | |
| DFA Tax Mgd Sm Val | A | Dividends | J | T | Buy | 12/5/2003 | J | | |
| DFA Tax Mgd US Sm | A | Dividends | J | T | Buy | 8/14, 12/5 | J | | |
| Vangd Sm Cap Index | A | Dividends | K | T | | | | | |
| | | | | | | | | | |
| T. Rowe Price Technology | | | | | Full Sale | 3/28/2003 | J | J | |
| US Treasury Note 5.5% Due 5/03 | | | | | Redemption | 5/31/2003 | K | J | |
| DFA Large Cap | | | | | Full Sale | 12/4/2003 | J | J | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>BREWSTER, RUDI M. | Date of Report<br>04/21/2003 |
| --- | --- | --- |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature                                                                 Date  5-3-04

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544